IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-34-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| | ) | |
| JOSHUA JERMAINE DURANTE | ) | |

Upon motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, the previously sealed Indictment and case in the above-captioned matter are hereby ORDERED unsealed.

This the 17th day of June, 2020.

_Kimberly A. Swank_
Kimberly A. Swank
United States Magistrate Judge