IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:20-CR-34-D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| JOSHUA JERMAINE DURANTE | |

This matter comes before the Court upon Notice by the government of the parties' position on the restitution owed by Defendant in this case. The government submits that the parties agree that the restitution owed is $4,980.

IT IS HEREBY ORDERED that the Defendant shall pay restitution in the amount of $4,980 to New Dixie Mart Oil Corporation. Interest shall be waived. The Defendant shall make payments while incarcerated at a rate of $25 per quarter through the Inmate Financial Responsibility Program. Sixty (60) days after the Defendant's release from custody he shall make payments of $100 per month until the balance is paid in full.

SO ORDERED this 8 day of June 2021.

JAMES C. DEVER III
United States District Judge

1